### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 18-cv-00535-TCK-JFJ |
| (1) ELITE SERVICE COMPANY, INC., an Oklahoma corporation, (2) JOHN JAMES CONSTRUCTION COMPANY, an Oklahoma corporation, (3) WILLIAM SOLOMON, an Oklahoma citizen; (4) CHRISTY SOLOMON, an Oklahoma citizen, (5) JOHN ROBINSON, an Oklahoma citizen, and (6) GINA ROBINSON, an Oklahoma citizen, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Philadelphia Indemnity Insurance Company, pursuant to Rule 41(a)(A)(ii), Federal Rules of Civil Procedure, dismisses this action without prejudice pursuant to this Stipulation of Dismissal signed by all parties who have appeared. Further, the Court is advised that the parties stipulate that each will bear its respective costs, including attorney fees, with respect to this action.

s/Sarah J. Timberlake
Sarah S. Timberlake, OBA No. 7532
William C. McAlister, OBA No. 5832
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, Oklahoma  73102
405/319.3500
405/319.3509 – Facsimile
stimberlake@dsda.com
wmcalister@dsda.com
***Attorneys for Plaintiff Philadelphia Insurance Company***

s/Truman B. Rucker, Jr.
Truman B. Rucker, Jr., OBA No. 7811
Peter D. Rucker, OBA No. 31701
1717 S. Boulder Ave., Suite 200
Tulsa, OK  74119
Telephone:  (918) 583-4777
truman@ruckerlegal.com
dan@ruckerlegal.com
***Attorneys for Defendants John James Construction Company, John Robertson and Gina Robertson***

s/Wm. Gregory James
Wm. Gregory James, OBA No. 4620
Sharon K. Waver, OBA No. 19010
Riggs, Abney, Neal, Turpen, Orbison & Lewis
502 West 6th Street
Tulsa, OK  74119
Telephone:  (918) 587-3161
Facsimile:  (918) 587-9708
gjames@riggsabney.com
sweaver@riggsabney.com
***Attorneys for Defendant Elite Service Company***